## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

15 MAR -3 PM 4:00

## PRO SE CIVIL COMPLAINT

OFFICE OF THE CLERK

Case No. __8:15CV80__

(the court will assign a number)

## I.    CASE CAPTION:   Parties to this Civil Action:

Pursuant to Fed. R. Civ. P. 10(a), the names of **all** parties must appear in the case caption. The court will **not** consider a claim against any defendant who is not listed in the caption.

| A. | Plaintiff(s) Name(s): | Address(es): | Telephone No. (only if **you are NOT** a prisoner) |
|---|---|---|---|
| | LEONARD STELMASZEK | 15276 WIRT ST | (402) 492-8902 |
| | | OMAHA, NE 68116 | |

| B. | Defendant(s) Name(s): | Address(es) If known: |
|---|---|---|
| | OMAHA WORLD HERALD CO. | THE OMAHA WORLD HERALD BLDG |
| | | 1314 DOUGLAS ST |
| | | OMAHA, NE 68102 |
| | FEDERAL BUREAU OF INVESTIGATION | 4411 S 121 CT |
| | | OMAHA, NE 68137 |
| | RICK WHITELEY | |

(Attach extra sheets if necessary.)

## II. STATEMENT OF CLAIM(S)

State briefly the facts of your claim. Describe how each defendant is involved. You do not need to give legal arguments or cite cases or statutes. Use as much space as you need to state the facts. (Attach extra sheets if necessary.)

A. **When** did the events occur?

FROM JUNE 2009

THROUGH JUNE 2014

B. **What** happened?

I WORKED FOR THE OMAMA WORDD HERALD CO. FROM JANUARY 1995 THROUGH MARCH 7, 2014. FROM JULY 1998 THROUGH NOV/DEC 1999 AS A PM SUPERVISOR AT THE NORTHEAST OFFICE, THROUGH JUNE 2000 AS A PM SUPERVISOR AT THE SOUTHWEST OFFICE, THROUGH NOVEMBER 2006 AS AM SUPERVISOR AT THE SOUTHWEST OFFICE, THROUGH MARCH 2014 AS AM SUPERVISOR AT THE NORTHWEST OFFICE. I WAS FIRED BY MY BOSS RICK WHITELEY IN THE PRESENCE OF HIS BOSS KEVIN O'NEAL ON MARCH 7, 2014. RICK WHITELEY REFUSED TO GIVE ME THE REASON FOR FIRING AND REFUSED TO GIVE ME MY STUFF EXCEPT FOR HAND LOTION.

## II. STATEMENT OF CLAIM(S) (continued)

RICK REFERRED ME TO HR DEPARTMENT. ON 3.7.2014 HR DIRECTOR ROSHELLE CAMPBELL EMAILED ME REASONS WHICH TURNED OUT TO BE COMPLETELY FALSE AND FABRICATED.

MY MAIN RESPONSIBILITIES AS A SUPERVISOR WERE TO OVERSEE DELIVERING OF NEWSPAPERS AND CONTRACTING NEWSPAPER CARRIERS (INDEPENDENT CONTRACTORS) ON 2.27.2014, TOM ANDERSON, MY MORNING CARRIER, ASSAULTED ME VERBALLY OVER THE PHONE, FOR GIVING HIM 30 DAYS NOTICE ON ONE OF HIS ROUTES (XE1405) FOR DELIVERING THE WRONG PAPER TO 7768 CASS ST ON 2.26.2014. AFTER THAT ASSAULT, I DECIDED TO TERMINATE ALL OF HIS CONTRACTS AND TAKE HIS ROUTES AWAY FROM HIM ON 3.3.2014 I COULDN'T DO TOM ANDERSON'S ROUTES BY MYSELF. THE SUPERVISOR BEFORE ME, CHRIS COMPTON, WITH THE ACCEPTANCE OF RICK WHITELEY, GAVE TOM ANDERSON TOO MANY PAPERS (3 ROUTES). ONLY TOM ANDERSON COULD DELIVER THEM ON TIME, PROVIDED PAPERS GOT TO THE WAREHOUSE ON TIME AND DRIVING CONDITIONS

## II. STATEMENT OF CLAIM(S) (continued)

WERE GOOD. CO-WORKERS MIKE WOODARD AND TOM LAYNE GOT 30 DAYS NOTICE FROM THEIR CARRIER BRANDON GAUNT ON 2.11.2014 BUT DECIDED TO TAKE THE ROUTES FROM HIM ON 3.3.2014 TO IMPROVE SERVICE. RICK WHITELEY COULLDN'T HELP ME BECAUSE HE HAD TO TAKE HIS WIFE TO THE DOCTOR'S OFFICE ON 3.3.2014. MARY STEWARD WHO WAS A DISTRIBUTION MANAGER AT THE NORTHWEST OFFICE AND DIRECT BOSS OF MORNING OPERATIONS COULDN'T HELP EITHER BECAUSE RICK WAS OFF. RICK PROMISED ME TO HELP ME ON 3.10.2014. I THINK I EVEN TALKED TO HIM ABOUT HOW TO SPLIT ROUTES ON 3.10.2014 HALF HOUR BEFORE HE FIRED ME.

ON 8.15.2013 I FOUND WRONG PAPER DELIVERED BY TOM ANDERSON AT 7630 CASS ST. THERE WERE PROBLEMS THERE BEFORE AND HE TOLD ME APPROXIMATE TIME HE DROPS PAPERS THERE. I WAS VERIFYING FREQUENTLY THERE AND ON 8.15.2013 (THURSDAY) I FOUND 3 FOOD EXPRESSES (WEDNESDAY ADS)

## II. STATEMENT OF CLAIM(S) (continued)

IN SUNDAY POLY BAG INSTEAD OF THURSDAY
PAPER. WHEN CONFRONTED ME ATTACKED ME
VERBALLY. I REPORTED THAT TO RICK WHITELEY.
ON 10.30.2013 TOM ANDERSON MISSED 4 PAPERS IN
THE AREA OF 79 ST AND BLONDO ST. HE TOLD
ME THAT HE DELIVERED THEM AND THEY WERE STOLEN
CUSTOMER AT 7901 BLONDO ST. AFTER CHECKING HIS
SECURITY CAMERA TOLD ME THAT CARRIER DIDN'T EVEN
DRIVE BY HIS PLACE.

IN 2003 CARRIER SUSIE SOPCICH WAS TERMINATED
FROM THE SOUTHWEST OFFICE FOR SLASHING HER
SUPERVISOR'S TIRES. AFTER THAT RICK WHITELEY
ALLOWED HER TO HAVE ROUTES AT THE NORTHWEST
OFFICE. IN 2010 AFTER I REPORTED TO SUSIE'S
SUPERVISOR THAT SHE TOLD ONE OF HER CUSTOMERS
TO FUCK OFF, SUSIE CALLED ME AN "ASSHOLE".
RICK WHITELEY DID NOTHING. SUSIE WAS ONLY
TERMINATED AFTER BEING CAUGHT ON CAMERA
PEEING ON CARPET IN ONE OF RETIREMENT HOMES
ON HER ROUTE.

## II. STATEMENT OF CLAIM(S) (continued)

ON 2.4 2013, ON OF CO-WORKERS TOM LAYNE'S
CARRIER MAD A CONFRONTATION WITH PM
SUPERVISOR. ON 2.5.2013 RICK WHITELEY
TOLD TOM LAYNE TO TERMINATE THAT
CARRIER. TOM ANDERSON, WHO ASSAULTED ME
TWICE WAS NEVER TERMINATED.

SUSIE SOPLICH'S SUPERVISOR AT SOUTHWEST
OFFICE WAS NATURALIZED CITIZEN, I AM
NATURALIZED CITIZEN OF POLISH ORIGIN.
SUPERVISOR ASSAULTED ON 2.4. 2013 WAS
AMERICAN BORN CITIZEN. RICK WHITELEY
WAS TELLING DEROGATORY "POLISH JOKES."

ON 2.28.2014, AFTER BEING ASSAULTED BY TOM
ANDERSON ON 2.27.2014, AFTER SEEING HIM IN THE
MORNING, I DEVELOPED A TERRIBLE HEADACHE
AND I HAD TO TAKE IBUPROFEN.

ON 3.2. 2014 I EMALED RICK WHITELEY THAT
I MAY TAKE 30MIN-1HRS SICK LEAVE IF I DEVELOP
HEADACHE RELATED TO SEEING TOM ANDERSON,
RICK WHITELEY TOLD ME THAT HE WILL FIRE

## II. STATEMENT OF CLAIM(S) (continued)

ME, WHEN I STATED THAT CO-WORKER TOM
LAYNE TOOK COUNTLESS SICK TIME OFF, RICK
SAID THAT I CAN'T COMPARE MYSELF WITH
TOM LAYNE. TOM LAYNE TOOK AT LEAST TWICE
AS MUCH SICK TIME AS WE WERE ALLOWED.
HE WAS ALSO TAKING CLOSE TO 4HRS
BREAKFAST BREAKS FOR 3-4 TIMES A WEEK
FOR THE BETTER PART OF 2 YEARS.

ON JUNE 1, 2009 I CALLED AG JON BRUNING'S
OFFICE AND MADE A COMMENT ABOUT HIM AND
MATTHEW SAMP, WITH REGARD TO THAT MORNING'S
OWN ARTICLE.

ON 6.10.2009 I WAS RETALIATED FOR THAT
AND I LOST MY BONUS FOR JUNE 2009.
CARRIER ANDRE HARPER OVERSLEPT AND 3 PEOPLE
WHO WERE IN THE WAREHOUSE, INCLUDING MY BOSS
AT THE TIME, TROY HOTGEN, DIDN'T CALL
THE CARRIER TO WAKE HIM UP (BASIC PROCEDURE).
I WAS OUT OF THE OFFICE, SHOWING ROUTE
TO THE NEW CARRIER, THE OTHE 2 WERE

## II. STATEMENT OF CLAIM(S) (continued)

RYAN SCHILDT - AM SUPERVISOR, NORTHWEST AND

MIKE NICOLOSI - AM SUPERVISOR, SOUTHEAST.

ON 7.29.2011 NEBRASKA FURNITURE ADS WERE

REMOVED FROM THE ROUTE XE1407 AND CORRECT

LABEL (CONTAINING NFM ADS) WAS REPLACED WITH

THE WRONG LABEL (NOT CONTAINING NFM ADS)

NFM IS ON ROUTE XE1407 AND THEY TAKE

11 PAPERS. NFM IS OWH'S BIGGEST ADVERTISER.

OWH HAS WRITTEN POLICY CALLING FOR TERMINATING

CARRIER IF ADS ARE NOT DELIVERED EVEN 1 TIME,

2ND TIME THE SUPERVISOR IS FIRED.

THERE WAS NO CARRIER CONTRACTED ON THAT

ROUTE AT THAT TIME, I WAS DIRECTLY RESPONSIBLE.

ON 10.4.2011 BUNDLE OF PAPERS FOR ONE OF THE

APT BUILDINGS ON REGENCY ROUTE WAS STOLEN

FROM THE FOLDING TABLE IN THE WAREHOUSE.

I WAS DOING THAT ROUTE THAT MORNING.

WHEN I ASKED RICK WHITELEY TO SEE THE FOOTAGE

OF THE SECURITY CAMERA, HE SAID THAT HIS SECURITY

CAMERA DOESN'T COVER THAT PART OF THE

**II. STATEMENT OF CLAIM(S)** (continued)

WAREHOUSE AND ADVISED ME TO CHECK WITH
FBI.

ON 1.11.2012 TOM LAYNE, A CO-WORKER
THREATENED PHYSICAL VIOLENCE AGAINS ME AT
WORK. CO-WORKER MIKE WOODARD WAS A
WITNESS TO THAT. I TEXTED RICK WHITELEY
ABOUT IT AND HE ASKED ME IF I DESERVED IT.
IT HAPPENED ABOUT 4:00 AM THAT MORNING.

ON 2.16.2012 THERE WAS A BREAK-IN TO TOM
LAYNE CARRIER'S, DEBBIE MCCLOSKEY CAR.
IT HAPPENED AT 4:15 A.M. TOM LAYNE
OVERSLEPT THAT MORNING AND I WOKED HIM
UP ABOUT 3:00 A.M. HE CAME IN AT 4:30 A.M.

ABOUT WEEK LATER, ELDERS OF LDS CHURCH
WHO AT THAT TIME WANTED ME TO JOIN THE
CHURCH, SCHEDULED A CLASS IN ONE OF THE
LDS MEMBERS HOUSE IN ELKHORN, CLOSE TO
DEBBIE MCCLOSKEY HOUSE IN ELKHORN.
ELDERS TEXTED ME THAT THEY ARE ON FOOT,
WALKING TO THE CLASS. I DIDN'T GO TO THAT

## II. STATEMENT OF CLAIM(S) (continued)

CLASS. AND I THINK ELDERS DIDN'S SHOW UP
EITHER. SHORTLY AFTER THAT DEBBIE
MCCLOSKEY TOLD ME THAT SOMEONE WAS
DRIVING BY HER HOUSE CHECKING IF ANBODY'S
HOME (HOUSE KEYS WERE STOLEN). LATER SHE
SAID THAT PERPETRTORS WERE ARRESTED AND
THAT SOMEONE FROM THE OFFICE TIPPED
THEM OFF. THIS OPERATION WAS EITHER
CONCOCTED FROM THE START BY FBI
OR TAKEN ADVANTAGE OF.
THE PERSON DIRECTING LDS ELDERS WAS
PAUL DAVIS OF 1314 S 194 St, OMAHA.
ON 5.7 2012 I FILED A COMPLAINT WITH
GLOBAL COMPLIANCE, A COMPANY HIRED
BY BERKSHIRE HATHAWAY TO HANDLE THIS
KIND OF THINGS. I WAS ASSURED
THAT FILING OF THE COMPLAINT CAN'T
BE USED AS A RESON TO FIRE ME.
SOMETIME AFTER THE TERRORISTIC THREAT BY
CO-WORKER TOM LAYNE, HE STARTED

**II. STATEMENT OF CLAIM(S)** (continued)

TAKING CLOSE TO 4 HRS BREAKFAST
BREAKS. IT WAS HAPPENING 3-4 TIMES
A WEEK.

ON 7.2.2012 THERE WAS A MEETING IN RICK
WHITELEY'S OFFICE, DURING WHICH RICK
ACCUSED ME OF ALWAYS WANTING THE
BEST SUBSTITUTES TO DO ROUTES FOR ME.
HE WAS REFERRING TO THE SITUATION
WHICH HAPPENED A COUPLE OF MONTHS PRIOR
I WAS SHOWING A ROUTE THAT DAY AND
CARRIER ON REGENCY ROUTE CALLED IN.
THE ONLY PERSON WHO KNEW THAT ROUTE
WAS MIKE BEFFA WHO WAS SUPPOSED TO DO
ONE OF TOM LAYNE'S ROUTES. I TALKED TO
TOM AND MIKE BEFFA DID MY ROUTE AND
TOM LAYNE DID HIS ROUTE HIMSELF.
BUT LATER COMPLAINED TO RICK WHITELEY.
AT THE TIME RICK DIDN'T TALK TO ME ABOUT IT
BECAUSE IT WAS A NON ISSUE. I DID THE RIGHT
THING. BUT ON 7.2.2012 HE KEPT BRINGING

Page 3 of 6

(9)

**II. STATEMENT OF CLAIM(S)** (continued)

IT BUT WOULDN'T ALLOW ME TO EKPLAIN,
SAYING & I DON'T WANT TO HEAR ANY EXPLANATIONS".
AFTER BRINGING THE ISSUE SEVERAL TIMES,
AND EACH TIME I WAS TRYING TO EXPLAIN,
HE SAID : SHUT UP OR I WILL FIRE YOU
FOR INSUBORDINATION. HE ASKED ME : DO YOU
WANT TO BE FIRED ? I SAID NO.
TOM LAYNE BROUGHT UP AN ISSUE OF LACK
OF COMMUNICATION. THAT DAY TOM CAMA
BACK ABOUT 8:00 FROM EXTENDED BREAK.
I SAID : TOM, YOU JUST CAME BACK FROM 4 HRS
BREAK, I'TS HARD TO COMMUNICATE WHEN YOU
ARE NOT HERE
ON DEC. 14, 2012, LYNNE NEWLIN, ONE OF MY
CARRIERS TOLD ME THAT SHE HAS A COMPANY
AT HOME, AND WHEN SHE HAS A COMPANY,
SHE IS LOOSING HER MIND.
ON DEC. 13, 2012 THERE WERE 3 COMPLAINTS
CLOSE TO LYNNE'S HOUSE (SOME OF THEM
WRONG PAPERS)

Page 3 of 6

(10)

## II. STATEMENT OF CLAIM(S) (continued)

IN NOV/DEC 2012 FBI PLANTED BRANDON WEATHERS AS A CARRIER ON MY ROUT X13414. ON JAN 1, 2013 I WAS OFF. I WAS ALSO SICK THAT DAY. BRANDON WEATHERS DIDN'T SHOW UP TO DO HIS ROUTE. THE ONLY PERSON WHO WAS AVAILABLE TO DO THAT DOWN ROUTE WAS TOM LAYNE. HE DISAPPEARED, THE ROUTE WAS DELIVERED VERY LATE AND I LOST MY BONUS FOR JANUARY 2013. AS I FOUND OUT LATER BRANDON WEATHER WAS TWICE CONVICTED FELLON WHO NEEDED HELP WITH HHS DEPT TO BECOME FOSTER PARENT. NOW HE IS IN DOUGLAS COUNTY JAIL ON CHARGES OF RAPING HIS FOSTER DAUGHTER.

LYNNE NEWLIN, MY CARRIER ON XE1402 TOOK 3 DAYS OFF 5.24, 27, 28, 2013 AND TOLD ME THAT SHE DOESN'T HAVE BAGS ANY MORE SO I GAVE A SUB 2 SLEEVES OF DAILY POLY BAGS. I WAS OFF ON 5.29.2013. THAT DAY TOM LAYNE GAVE LYNNE A BOX OF BAGS

**II. STATEMENT OF CLAIM(S)** (continued)

AND DIDN'T CHARGE HER. LYNNE DIDN'T TELL
ME EITHER BUT LATER CONVEYED A MESSAGE
TO ME THAT HE DID.

ON 6.6.2013 THERE WAS OFFICIAL FIRST STING
OPERATION TO ENTICE ME TO SPY ON LYNNE AND
TOM LAYNE.

TOM LAYNE TAKING 4 HRS BREAKS AND
MAKING ME TO LOOSE MY BONUS FOR JANUARY 2013
WERE MEANT TO ENTICE ME TO STALK TOM
LAYNE ALONE AND REPORT ON HIM.

ON 6.20. 2013 THERE WAS ANOTHER STING OPERATION.
LYNNE NEWLIN TOLD ME THAT MORNING THAT
WHEN I AM AROUND HER, SHE IS LOOSING HER
MIND. THAT DAY TOM LAYNE'S CARRIER
MARY LARSEN DELIVERED PAPERS TO ALL OF HER
FRIDAY ONLY CUSTOMERS (IT WAS THURSDAY)
AND TOM TEXTED AND EMAILED ME TO GO DOWNTOWN
AND GET 2 EXRA EXTRA BUNDLES OF PAPERS.
AT THE END OF MY ROUTE I WAS NORTH OF
72 St AND MAPLE ST. LYNNE NEWLIN LIVES

Page 3 of 6

(12)

## II. STATEMENT OF CLAIM(S) (continued)

AT 809 N 75 ST. ON MY WAY DOWNTOWN TO GET MORE PAPERS IT WOULDN'T BE TO MUCH OUT OF THE WAY TO STOP BY LYNNE'S HOUSE TO CHECK WHAT SHE MEANT BY LOOSING HER MIND.

ON 8.16.2013 THERE WAS A MULTI-PRONGED STING OPERATION AIMANG AT MAKING ME STALK TOM LAYNE AND LYNNE NEWLIN. TOM LAYNE TOOK HIS USUAL 4 HRS BREAK AND COULDN'T BEEN FOUND AND ONE OF THE ROUTES RECEIVED EXCESSIVE NUMBER OF COMPLAINTS. WHEN I REPORTED IT TO RICK WHITELEY, HE WAS NOT CONCERNED THAT ROUTE WAS DELIVERED LATE WITH EXTRA COMPLAINTS AND TOM LAYNE DISAPPEARED. RICK ASKED ME WHY I WAS REPORTING.

I THINK, 8.16.2013 WAS ONLY A PRELUDE TO 9.11.2013 STING OPERATION WHICH WAS DESIGNED TO BRING ME DOWN ONCE AND FOR ALL. TOM LAYNE WAS MISSING IN ACTION

## II. STATEMENT OF CLAIM(S) (continued)

ON 9.9 AND 9.10.2013. HE SHOWED UP ON

9.11.2013. THAT DAY CARRIER JIM VOGEL DIDN'T

SHOW UP TO DO HIS BENNINGTON ROUTE.

TOM LAYNE WAS THE ONLY ONE AGAIN ~~AVAILABLE~~ CS

AVAILABLE TO DO THAT ROUTE.

TOM AND ROUTE11 SUPERVISOR JEREMY GAUNT

DECIDED THAT TOM LAYNE'S CARRIER ADAM

MACE WILL DO THAT DOWN ROUTE. ADAM

WAS AVAILABLE TO DO THAT ROUTE SHORTLY

AFTER 7:00 AM. (DEADLINE IS 7:00 A.M)

TOM LEFT THE OFFICE TO DO MARY LARSEN'S

ROUTE LIST AUDIT. THIS IS COMPARABLE TO

FIREFIGHTER GOING TO INSPECT SOME BUSINESSES

AT THE TIME WHEN THE HOUSE WAS BURNING.

THAT DAY THERE WAS A MEETING DOWNTOWN

AT 9:30 AM ABOUT IMPROVING CUSTOMER

SERVICE. ONE OF THE PARTICIPANTS, DENNIS CROWN,

DIRECTOR OF CIRCULATION, DIDN'T GET HIS PAPER

ON TIME BECAUSE HE LIVES ON BENNINGTON

ROUTE. THE PERFECT OPPORTUNITY WAS CREATED

Page 3 of 6

(14)

## II. STATEMENT OF CLAIM(S) (continued)

FOR ME TO REPORT ON TOM LAYNE IN FRONT
OF HIGHEST OWH OFFICIALS SINCE RICK WHITELEY
WAS COVERING UP FOR TOM LAYNE. I DIDN'T
TAKE ADVANTAGE OF THAT OPPORTUMITY.
ON THE WAY TO THE MEETING I HEARD ON
THE RADIO ABOUT FIRE THAT MORNING
AT 837 N 76 ST. LYNNE'S HOUSE IS AT
809 N 75 ST. I DON'T KNOW IF THAT FIRE
WAS STARTED TO GIVE ME EXCUSE TO GO
AND SPY ON LYNNE AND TOM AND REPORT IT
AT THE MEETING. DODGE ST IS NOT FAR FROM
LYNNE'S HOUSE AND TOM'S EXCUSE NOT TO DO
THE DOWN ROUTE AND NOT TO ATTEND THE MEETING
WAS COMPLETELY BOGUS (INTENDED TO APPEAR THAT WAS)
AT THE BEGINNING OF JUNE 2014 I WORKED FOR
MIXAN MUDJACKING AND WE WENT FOR NO
APPARENT REASON TO 7702 SEWARD ST. THE
OWNER OF THE HOUSE, NICHOLAS ROTHSTEIN,
OWNS ALSO HOUSE AT 833 N 76 ST. THE FIRE
AT 837 N 76 ST STARTED FROM THE SOUTH SIDE

## II. STATEMENT OF CLAIM(S) (continued)

AS I SAW IT ON THE INTERNET. THE OWNER OF THE HOUSE AT 837 N 76 ST, 82 YEARS OLD HELEN JACOBSON WAS FOUND DEAD INSIDE THE HOUSE AFTER THE FIRE WAS PUT OUT. ON FRIDAY, OCT. 4, 2013 INFORMANT OF THE FBI OFFERED ME 4 POCKET KNIVES TO CHOSE FROM. ON SATURDAY OCT 5, 2013, ~~I saw~~ ABOUT 8:00 A.M 2 SOUTHWEST CARRIERS CAME TO MY TABLE AT THE SOUTHWEST WAREHOUSE WHERE I WAS PREPARING MY WIFE ROUTE INSERTS FOR SUNDAY DELIVERY, TO CHECK IF I HAVE A KNIFE TO CUT BUNDLE STRAPS, ONE OF THEM, RHONDA HAYWORTH, ASKED ME STRAIGHT TO BORROW HER A KNIFE. THE OTHER ONE, WAYNE SWANSON, CAME TO MY TABLE 3 OR 4 TIME BARGING IN BETWEEN ME AND THE TABLE. ON OCT. 17, 2013 RICK WHITELEY ASKED ME AND CO-WORKER MIKE WOODARD TO KEEP TRACK OF TOM LAYNE'( EXTENDED BREAKS BUT NEVER ASKED FOR RESULTS.

**II. STATEMENT OF CLAIM(S)** (continued)

AFTER THAT I ASKED HR DIRECTOR ROSHELLE CAMPBELL

FOR SOME LEGAL GUIDANCE AND WE MET

ON 12.2.2013. DURING THAT MEETING SHE

STATED THAT IF TOM LAYNE IS GOING TO GET

SOMETHING TO EAT AND SOMETHING EXTRA, THERE

IS NOTHING WRONG WITH THAT IN THE OPINION

OF THE OWH.

MIKE WOODARD STATED THAT TOM LAYNE

IS NOT DOING ROUTES DURING THOSE 4 HRS BREAKS

AND HAS A NEW GIRLFRIEND.

I ASKED IF REPORTING TERRORISTIC THREAT BY ME

WILL BE USED TO FIRE ME. ROSHELLE SAID NO.

OMAHA WORLD HERALD ALLOWED FBI TO PERFORM

ACTIVITIES AIMING AT FRAMING ME IN STALKING

TOM LAYNE AND LATER LYNNE NEWLIN.

AFTER I FILED COMPLAINT WITH GLOBAL COMPLIANCE

ON 5.7.2012 FBI'S ROLE CHANGED.

UNDER BERKSHIRE HATHAWAY GUIDANCE, I WOULDN'T

BEEN FILED IN RETALIATION FOR FILING THAT

COMPLAINT SO FBI TURNED TO CREATE

## II. STATEMENT OF CLAIM(S) (continued)

A CAUSE FOR FIRING. FROM JUNE THROUGH SEPTEMBER 2013 I WAS WRITING UPDATE TO THAT FIRST COMPLAINT. MY COMPUTER I USED FOR WRITING, WHICH WAS OFFLINE, CONNECTED TO THE INTERNET AND I COULDN'T DISCONNECT IT. FBI SPIED ON ME WRITING THAT UPDATE. STING OPERATIONS ON 8.16.2013 AND 9.11.2013 ARE THE RESULT OF THAT SPYING

ON 3.5.2014 I WAS LURED INTO VICINITY OF LYNNE NEWLINS ROUTE BY CREATING WRONG PAPER COMPLAINT AT 7768 CASS ST ONE WEEK EARLIER. THAT GAVE LYNNE NEWLIN A REASON TO (PRETEXT) TO CALL KEVIN OINEAL (RICK WHITELEY(S BOSS) AND FALSLY CLAIM THAT I STALK HER. YEARS OF FRUITLESS ATTEMPTS BY FBI TO ENTICE ME TO STALK TOM LAYNE AND LYNNE NEWLIN RESULTED IN DESPERATE ATTEMPT TO CAUSE ME TO HAVE A FIGHT WITH LYNNE

## II. STATEMENT OF CLAIM(S) (continued)

IN THE WAREHOUSE ON 3.6.2014.

RICK WHITELEY MADE ME COME TO THE OFFICE

AFTER HOURS ON 3.5 2014 TO TELL ME ABOUT

LYNNE'S CALL TO KEVIN O'NEALL.

I TOLD RICK THAT TOM AND LYNNE

WORK FOR FBI. I ALSO TOLD HIM THAT

I WILL CALL DOUGLAS CO. ATTY OFFICE AND

REPORT TOM LAYNE'S TERRORISTIC THREAT.

AND I CALLED THAT AFTERNOON.

RICK WHITELEY IN HIS STATEMENT TO EEOC

SAID THAT HE TALKED TO ME ON THE

MORNING OF 3.6.2014 AND THAT I MADE

THREATS AND HAD CREEPY FACE.

I DIDN'T SEE HIM AND I DIDN'T TALK

TO HIM. THIS IS COMPLETELY MADE

UP AND DOESN'T MAKE SENSE.

I AM QUOTING RICK'S STATEMENT ABOUT

MORNING OF 3.6.2014. " I CAME IN AND WORKED

MORNING SHIFT. I ARRIVED BEFORE ANYONE ELSE

AND LEFT THE BUILDING DARK SO I COULD OBSERVED

## II. STATEMENT OF CLAIM(S) (continued)

LEONARD INTERACTING WITH THIS CARRIER, "

I THINK RICK TOOK THOSE STEPS SO I DIDN'T

KNOW THAT HE WAS THERE, ARRIVING EARLY

AND KEEPING THE BUILDING DARK.

BUT HE LEFT HIS CAR IN THE PARKING LOT

FOR EVERYBODY TO SEE INCLUDING ME.

ONCE I SAW A COMMERCIAL, GUY WAS TALKING

TO A REPORTER BUT THERE WAS A SQUARE

OVER HIS FACE SO NOBODY COULD SEE HIM.

BUT HE WAS REACHING FOR SOME DRINK ON

THE SIDE REVEALING HIS FACE,

ON 2.20.2014 RICK "OVER HEARD" THAT I WANT

OTHER SUPERVISORS TO CHANGE WHEN THEY OPEN

ROUTE. THE EVENT THAT CAUSED ME TO NEED HELP

OCCURED ON 2.27.2014 (VERBAL ABUSE BY TOM

ANDERSON). THOSE SUPERVISORS HAD ROUTES COMING

OPEN ON 3.10.2014 AND THEY OPENED ROUTES

ON 3.3.2014 WHEN I NEEDED HELP.

THE SITUATION AT THE 3W RICK IS REFERRING

TO I DON'T EVEN KNOW WHAT HE IS TALKING ABOUT

(20)

## II. STATEMENT OF CLAIM(S) (continued)

OFFICIAL REASON FOR TERMINATION WAS JOB PERFORMANCE. I WAS DISTRICT SUPERVISOR OF THE MONTH IN JANUARY AND FEBRUARY OF 2014.

ANOTHER REASON WAS THAT I DIDN'T GET ALONG WITH-CO-WORKERS. FOR THE MOST PART I HAD 2 COWORKERS. MIKE WOODARD AND TOM LAYNE. MIKE WOODARD TESTIFIED UNDER OATH THAT HE DIDN'T HAVE PROBLEMS GETTING ALONG WITH ME.

SUMMARY:

→ RICK WHITELEY DISCRIMINATED AGAINS ME BECAUSE I WAS FROM POLAND

→ FBI COMMITED CRIMES TRYING TO FRAME ME INTO STALKING AND TRIED TO CREATE A CAUS FOR FIRING (THEY ASKED LYNNE NEWLIN TO CALL KEVIN O'NEAL)

-) FBI AND OWH FIRED ME IN RETALIATION FOR CALLING DA OFFICE

## III. STATEMENT OF JURISDICTION

Check any of the following that apply to this case (you may check more than one):

_____United States or a federal official or agency is a party

_____Claim arises under the Constitution, laws or treaties of the United States

_____Violation of civil rights

___✓___Employment discrimination

_____Diversity of Citizenship (a matter between citizens of different states in which the amount in controversy exceeds $75,000)

___✓___Other basis for jurisdiction in federal court (explain below)

US EQUAL EMPLOYMEN OPPORTUNITY COMMISSION

INVESTIGATED THE MATTER AND ISSUED A NOTICE

OF SUIT RIGHTS ON 12.4.2014

_____

_____

## IV.   STATEMENT OF VENUE

State briefly the connection between this case and Nebraska. For example, does a party reside or do business in Nebraska? Is a party incorporated in Nebraska? Did an injury occur in Nebraska? Did the claim arise in Nebraska?

OMAHA WORLD HERALD IS HEADQUATERED IN

NEBRASKA

FBI OFFICE IS LOCATED IN NEBRASKA

RICK WHITELEY LIVES IN NEBRASKA

## V. RELIEF

State briefly what you want the court to do for you. *I WANT COURT TO ASSESS:*

*$36,000.00 IN LOST WAGES FROM THE OMAHA WORLD MERALD*

*PUNITIVE DAMAGES FROM: OWM $7,000,000.00 , FBI $5,000,000.00 ,*

*RICK WHITELEY $ 500,000.00 , PAIN AND SUFFERING : OWH*

*$5,000,000.00 , FBI $5,000,000.00 , RICK WHITETEY $ 500,000.00*

*COST : $450.00*

## VI. EXHAUSTION OF ADMINISTRATIVE PROCEDURES

Some claims, but not all, require exhaustion of administrative procedures. Answer the questions below to the best of your ability.

A. Have the claims which you make in this civil action been presented through any type of administrative procedure within any state or federal government agency?

Yes ____✓____          No _____

B. If you answered yes, state the date your claims were so presented, how they were presented, and the result of that procedure:

*1 FILED AN EMPLOYMENT DISCRIMINATION*

*COMPLAINT WITH EEOC AND EEOC WAS NOT ABLE TO*

*ESTABLISH IF OBTAINED INFORMATION CONSTITUTED VIOLATIONS*
*OF STATUTES*

C. If you answered no, give the reasons, if applicable, why the claims made in this action have not been presented through administrative procedures:

_____

_____

_____

**VII.   ARE YOU REQUESTING TRIAL BY A JURY OR BY A JUDGE?** (check one):

JURY _____          JUDGE ____ ✓ _____

**VIII.   VERIFICATION**

**I (we) declare under penalty of perjury that the foregoing is true and correct.**

Date(s) Executed:          Signature(s) of Plaintiff(s):

_MARCH 3, 2015_          _Leonard Helmul_

_____

_____

_____

_____

_____

_____

_____

Note:

IF YOU CANNOT AFFORD TO PAY THE COURT'S FILING FEE UPON THE FILING OF YOUR COMPLAINT, THERE IS A SEPARATE FORM TO BE USED FOR APPLYING TO PROCEED IN FORMA PAUPERIS.   Also, if there is more than one plaintiff in the case who wishes to proceed in forma pauperis, **each such plaintiff must submit a separate application to proceed in forma pauperis.**

EEOC Form 161 (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To:  **Leonard Stelmaszek**<br>      **15276 Wirt St.**<br>      **Omaha, NE 68116** | From:  **Oklahoma City Area Office**<br>        **215 Dean A. McGee Avenue**<br>        **Suite 524**<br>        **Oklahoma City, OK 73102** |

| | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **32G-2014-00075** | **Tandi J. Dillard,**<br>**Investigator** | **(405) 231-4317** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]  The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Tandi Dillard*

**Holly Waldron Cole,**
**Area Office Director**

December 4, 2014

*(Date Mailed)*

Enclosures(s)

cc:  **Mr. Scott S. Moore**
     **Baird Holm, LLP**
     **1700 Farnam Street, Suite 1500**
     **Omaha, NE  68102-2068**