IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEONARD STELMASZEK,<br><br>               Plaintiff,<br><br>vs.<br><br>OMAHA WORLD HERALD CO.,<br>FEDERAL BUREAU OF INVESTIGATION,<br>RICK WHITELEY,<br><br>               Defendants. | **8:15CV80**<br><br>**ORDER** |

      This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

      SO ORDERED.

Dated this 19th day of May, 2015

                                              BY THE COURT:

                                              s/ Joseph F. Bataillon
                                              Senior United States District Judge