IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEONARD STELMASZEK,<br><br>    Plaintiff,<br><br>vs.<br><br>OMAHA WORLD HERALD CO., et al.,<br><br>    Defendants. | 8:15-CV-80<br><br>ORDER |

    The Court grants Leonard Stelmaszek's Motion for Extension of Time (filing 30). Stelmaszek must file his response to the Omaha World Herald's and Rick Whiteley's Motion for Summary Judgment on or before October 16, 2015. The Omaha World Herald and Whiteley must file their reply, if any, on or before October 27, 2015.

    Dated this 2nd day of October, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge